# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA JUAREZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MERCK & COMPANY, INCORPORATED (a/k/a MERCK & CO., INC.), et al.,<br><br>　　　　　　　　　Defendant. | CASE NO. 06-CV-1961-H-RBB<br><br>**ORDER SCHEDULING RESPONSE DATE TO PLAINTIFF'S MOTION TO REMAND** |

Defendants removed this action on September 19, 2006. (Doc. No. 1.) Plaintiff filed a motion to remand on October 13, 2006. (Doc. No. 8.) Defendants shall respond to Plaintiff's motion to remand on or before **November 13, 2006**, and Plaintiff shall file any reply on or before **November 20, 2006**. The Court will either submit the motion on the papers pursuant to its discretion under Civil Local Rule 7.1(d)(1), transfer the case pursuant to an order from the Judicial Panel on Multidistrict Litigation, or set a hearing date after receiving Defendants' response. Additionally, the Court notes that several similar cases have been transferred with pending motions from the Southern District of California to the ongoing mulitidistrict litigation, In re Vioxx Products Liability Litigation, currently proceeding in the Eastern District of Louisiana.

IT IS SO ORDERED

DATED: October 20, 2006

　　　　　　　　　　　　　　　　　　　　　*Marilyn L. Huff*
　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1  <u>Copies to:</u>

2  Robert F. Clarke
   Philips & Associates
3  3030 North Third Street, Suite 1100
   Phoenix, AZ 85012
4
   Andrea L. McDonald-Hicks
5  Reed Smith
   2 Embarcadero Center, Suite 2000
6  San Francisco, CA 94111-3922

7  Michael K. Brown
   Reed Smith
8  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071
9
   Kanika D. Corley
10 Morris Polich and Purdy
   1055 West Seventh Street, 24th Floor
11 Los Angeles, CA 90017-2550

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28