FILED
06 OCT 27 PM 3:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PDC    DEPUTY

BY:

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA JUAREZ,<br><br>                              Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INCORPORATED (a/k/a MERCK & CO., INC.), et al.,<br><br>                              Defendant. | CASE NO. 06-CV-1961-H-RBB<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY** |

Defendants removed this action on September 21, 2006. (Doc. No. 1.) On October 25, 2006, Defendant Merck & Company, Inc. filed a motion to stay proceedings pending a decision on transfer by the Judicial Panel on Multidistrict Litigation. (Doc. No. 10.) Plaintiff shall respond to Defendant's motion on or before **November 13, 2006**, and Defendant shall file any reply on or before **November 20, 2006**. The Court will either submit the motion on the papers pursuant to its discretion under Civil Local Rule 7.1(d)(1), transfer the case pursuant to an order from the Judicial Panel on Multidistrict Litigation, or set a hearing date after receiving the response and reply.

IT IS SO ORDERED

Dated: 10/26/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | <u>Copies to:</u> |
| 2 | Robert F. Clarke |
|   | Philips & Associates |
| 3 | 3030 North Third Street, Suite 1100 |
|   | Phoenix, AZ 85012 |
| 4 | |
|   | Andrea L. McDonald-Hicks |
| 5 | Reed Smith |
|   | 2 Embarcadero Center, Suite 2000 |
| 6 | San Francisco, CA 94111-3922 |
| 7 | Michael K. Brown |
|   | Reed Smith |
| 8 | 355 South Grand Avenue, Suite 2900 |
|   | Los Angeles, CA 90071 |
| 9 | |
|   | Kanika D. Corley |
| 10 | Morris Polich and Purdy |
|    | 1055 West Seventh Street, 24th Floor |
| 11 | Los Angeles, CA 90017-2550 |